**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: TRACY GOLDSMITH  Case Number: 08-70047
105 1/2 S. VIEW    SSN-xxx-xx-4087
HINCKLEY, IL  60520

Case filed on: 1/9/2008
Plan Confirmed on:

T Transfered Case

Total funds received and disbursed pursuant to the plan: $351.69    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 018 | GLENN STEARNS | 351.69 | 351.69 | 351.69 | 0.00 |
|  | Total Administration | 351.69 | 351.69 | 351.69 | 0.00 |
| 000 | ATTORNEY DAVID LINDE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CB ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CDA / PONTIAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DEPENDON COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FOCUS RECEIVABLES MANAGEMENT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LITTLE ROCK FIRE DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VALLEY WEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WORLD ASSET PURCHASING, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TRACY GOLDSMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 8,026.55 | 7,927.00 | 0.00 | 0.00 |
|  | Total Secured | 8,026.55 | 7,927.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 0.00 | 9.95 | 0.00 | 0.00 |
| 003 | ACS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS STUDENT ASSISTANCE COMM | 20,505.22 | 2,050.52 | 0.00 | 0.00 |
| 013 | TRIBUTE PAYMENT PROCESSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | VERIZON SOUTH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 8,021.63 | 802.16 | 0.00 | 0.00 |
|  | Total Unsecured | 28,526.85 | 2,862.63 | 0.00 | 0.00 |
|  | Grand Total: | 36,905.09 | 11,141.32 | 351.69 | 0.00 |

Total Paid Claimant:     $351.69
Trustee Allowance:       $0.00
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008    By  /s/Heather M. Fagan